IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. |
| | ) ) | COMPLAINT |
| v. | ) ) | JURY TRIAL DEMAND |
| | ) ) | |
| YOUNG AND ASSOCIATES, INC. d/b/a SHONEY'S RESTAURANT | ) ) ) | |
| Defendant. | ) | |

NATURE OF THE ACTION

This is an action under Title I of the Americans with Disabilities Act of 1990, as amended (the "ADA"), and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of disability and to provide appropriate relief to Brooke McCarter ("McCarter"), who was adversely affected by such practices.  The Equal Employment Opportunity Commission (the "Commission") alleges that Young and Associates, Inc. d/b/a Shoney's Restaurant ("Defendant") discharged McCarter from her position as a server because of her disability, in violation of the ADA.

JURISDICTION AND VENUE

1.     Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII of

the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e-5(f)(1) and (3), and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Virginia, Abingdon Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title I of the ADA and is expressly authorized to bring this action by Section 107(a) and Section 503(c) of the ADA, 42 U.S.C. § 12117(a) and § 12203(c), which incorporates by reference Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant Young and Associates, Inc., a Tennessee corporation, has continuously been doing business in the State of Virginia and the City of Bristol, and has continuously had at least 15 employees.

5. At all relevant times, Defendant Young and Associates, Inc., has continuously been an employer engaged in an industry affecting commerce under Section 101(5) of the ADA, 42 U.S.C. § 12111(5), and Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporate by reference Sections 701(g) and (h) of Title VII, 42 U.S.C. §§ 2000e(g) and (h).

6. At all relevant times, Defendant Young and Associates, Inc. has been a covered entity within the meaning of Section 101(2) of the ADA, 42 U.S.C. § 12111(2).

## STATEMENT OF CLAIMS

7. More than thirty days prior to the institution of this lawsuit, McCarter filed a charge with the Commission alleging violations of Title I of the ADA by Defendants. All conditions precedent to the institution of this lawsuit have been fulfilled.

8. On or about April 12, 2013, Defendant engaged in an unlawful employment practice at its facility in Bristol, Virginia in violation of Section 102 of the ADA, 42 U.S.C. § 12112(a) and (b).

9. Brooke McCarter was employed as a server at Defendant's facility in Bristol, Virginia beginning on or about March 14, 2013. McCarter usually worked the evening shift and her primary responsibility was taking orders from and serving food to customers.

10. At all relevant times, McCarter was qualified to perform and did in fact perform, the essential functions of her job as a server. McCarter performed successfully in her position.

11. McCarter has a disability as defined by the ADA. Specifically, McCarter has [REDACTED], a medical impairment that substantially limits the major life activity of proper function of the digestive system (hereafter "disability").

12. On or about April 8, 2013, Defendant's restaurant manager learned of McCarter's disability from a third party. On or about April 11, 2013, McCarter confirmed to Defendant's restaurant manager, in response to his inquiry, that she has said disability.

13. On or about April 11, 2013, Defendant's restaurant manager informed McCarter she needed to provide a doctor's note confirming that she could safely work for Defendant because of her disability. McCarter was next scheduled to work on the afternoon of April 12, 2013.

14. Prior to McCarter's next shift, on the morning of April 12, 2013, McCarter secured a note from her doctor's office indicating that people who have McCarter's disability can work with and around food.

15. On April 12, 2013, the day after McCarter confirmed to Defendant's restaurant manager that she has said disability, when McCarter arrived for her shift at Defendant's facility, Defendant's restaurant manager discharged McCarter. Defendant's restaurant manager refused to accept and/or review the note that McCarter had secured from her doctor.

16. Defendant discharged McCarter because of an actual disability, or because it regarded her as having a disability based on her physical impairment.

17. The effect of the practices complained of above has been to deprive McCarter of equal employment opportunities and otherwise adversely affect her employment status because of her disability.

18. The unlawful employment practices complained of above were intentional.

19. The unlawful employment practices complained of above were done with malice or with reckless indifference to the federally protected rights of McCarter.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, their officers, successors, assigns and all persons in active concert or participation with them, from discriminating against individuals because their disabilities, including discrimination in hiring, firing, and any other employment practice which discriminates on the basis of disability.

B.  Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for disabled persons, and which eradicate the effects of its past and present unlawful employment practices.

C.  Order Defendant to make McCarter whole by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to reinstatement or front pay in lieu thereof.

D.  Order Defendant to make McCarter whole by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, in amounts to be determined at trial.

E.  Order Defendant to make McCarter whole by providing compensation for past and future non-pecuniary losses resulting from the unlawful employment practices complained of above, including emotional pain, suffering, inconvenience, humiliation, loss of enjoyment of life, loss of civil rights, and other non-pecuniary losses, in amounts to be determined at trial.

F.  Order Defendant to pay McCarter punitive damages for its malicious and reckless conduct described above, in amounts to be determined at trial.

G.  Grant such further relief as the Court deems necessary and proper in the public interest.

H.  Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

DATED this the 29th day of September, 2014.

Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

P. DAVID LOPEZ
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel
Equal Employment Opportunity Commission

LYNETTE A. BARNES
Regional Attorney
Charlotte District Office
129 W. Trade Street, Suite 400
Charlotte, N.C.  28202


**s/Kara Gibbon Haden**
KARA GIBBON HADEN
VA Bar No. 39682
Supervisory Trial Attorney
Charlotte District Office
129 W. Trade Street, Suite 400
Charlotte, N.C.  28202

ZOË G. MAHOOD
NC Bar No. 21722
Senior Trial Attorney
Raleigh Area Office
434 Fayetteville Street, Suite 700
Raleigh, NC 27601
Phone:  (919) 856-4180
Fax:     (919) 856-4156
zoe.mahood@eeoc.gov

ATTORNEYS FOR PLAINTIFF